CITY OF YAKIMA, Plaintiff—
Appellant,

v.

LEXINGTON INSURANCE COMPANY,
a Delaware corporation; Gulf Under-
writers Insurance Company, a New
York corporation; Specialty Surplus
Insurance Company, an Arizona cor-
poration, Defendant—Appellees.

No. 02–35794.

D.C. No. CV–01–03080–EFS.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 9, 2003.

Decided Oct. 22, 2003.

Arthur W. Harrigan, Esq., Katherine
Kennedy, Esq., Timothy G. Leyh, Esq.,
Danielson, Harrigan & Tollefson, Seattle,
WA, Raymond L. Paolella, Esq., Yakima
City Attorney, Yakima, WA, Paul J. Law-
rence, Esq., Preston Gates & Ellis LLP,
Seattle, WA, for Plaintiff–Appellant.

Thomas Martin Jones, Michael D. Han-
dler, Esq., Cozen & O'connor, Russell
Charles Love, Esq., Thorsrud Cane &
Paulich, Seattle, WA, Bradley Edward
Smith, Esq., Huppin Ewing Anderson &
Paul, Spokane, WA, for Defendant–Appel-
lee.

Before D.W. NELSON, KOZINSKI,
and McKEOWN, Circuit Judges.

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts

MEMORANDUM *

The pollution exclusion provisions of the
insurance policies exclude coverage for the
damage claims for which the City of Yaki-
ma seeks indemnification and defense
costs. *See City of Bremerton v. Harbor
Ins. Co.,* 92 Wash.App. 17, 963 P.2d 194,
197 (1998). We adopt the careful and con-
sidered reasoning of the district court and

AFFIRM.

of this circuit except as provided by Ninth
Circuit Rule 36–3.